WILLIAM T. REID IV
P. JASON COLLINS
Diamond McCarthy LLP.
     6504 Bridgeport Parkway
     Suite 400
     Austin, Texas
     Telephone: (512) 617-5200
     Facsimile: (512) 617-5299
Attorneys for Plaintiffs

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID A. DeJUTE
Assistant United States Attorney
JULIE ZATZ
Assistant United States Attorney
Assistant Chief, Civil Division
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2574;7349
     Facsimile: (213) 894-7819

Attorneys for Defendant
United States of America

FILED

2007 JAN 23 P 3: 11

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
        DEPUTY

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAN BROWN, JEAN BROWN, JAY NORTON, AND THE LAW OFFICE OF BROWN AND NORTON, | § § § § | |
| Plaintiffs, | § § | No. SA-03-CA-0792-RF |
| v. | § § | STIPULATION OF COMPROMISE |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

IT IS HEREBY STIPULATED by and between Plaintiffs, Alan Brown, Jean Brown, Jay

Norton and the Law Office of Brown and Norton, and Defendant, United States of America, by

1    and through their undersigned attorneys as follows:

2         1.     Plaintiffs and Defendant do hereby agree and stipulate to settle and compromise

3    the above-entitled action on the terms indicated herein.

4         2.     Defendant, United States of America, will pay to the Plaintiffs, including

5    attorneys's fees, the sum of One Million, Three Hundred and Forty Thousand Dollars

6    ($1,340,000.00) which sum shall be in full settlement and satisfaction of any and all claims

7    plaintiffs now have or hereafter may acquire against the defendant on account of or arising out of

8    the incident or circumstances giving rise to this suit.

9         3. Plaintiffs agree to accept the sum of One million, Three Hundred and Forty Thousand

10   Dollars ($1,340,000.00) in full settlement and satisfaction of any and all claims and demands

11   that their heirs, executors, administrators, or assigns may have against the defendant, United

12   States of America, its agencies, agents and employees on account or arising out of the incident or

13   circumstances giving rise to this suit.

14        4. This agreement and stipulation shall not constitute an admission of liability or fault on

15   the part of the United States of America, or on the part of any of its agencies, agents or

16   employees.

17        5. There shall be made payable jointly to Plaintiffs, Alan Brown, Jean Brown, Jay Norton

18   and the Law Office of Brown and Norton, and the law firm of Diamond McCarthy LLP,

19   Attorneys for Plaintiffs, a check for said compromise settlement with the Plaintiffs of One

20   Million, Three Hundred and Forty Thousand Dollars ($1,340,000.00) . Plaintiffs' attorneys

21   agree to distribute the settlement proceeds to plaintiffs upon receipt from Defendant of the check

22   for compromise settlement.

23        6. It is also agreed, by and among the parties, that the settlement amount of One Million,

24   Three Hundred and Forty Thousand Dollars ($1,340,000.00) represents the entire amount of the

25   compromise settlement, and that the respective parties will each bear their own costs, fees, and

26   expenses, and that any attorney's fees owed by the Plaintiffs will be paid out of the settlement

27   amount and not in addition thereto.

28

1    7.    It is also understood, by and among the parties, that pursuant to Title 28, United

2    States Code, Section 2678, attorney's fees for services rendered in connection with this action

3    shall not exceed 25 percent (25%) of the amount of the compromise settlement.

4    8.    In consideration of the payment of the sum total of  One Million, Three Hundred

5    and Forty Thousand Dollars ($1,340,000.00)  as set forth above, Plaintiffs agree that the above-

6    styled action may be dismissed with prejudice.

7    9.    This written agreement contains all of the agreements between the parties, and is

8    intended to be and is the final and sole agreement between the parties.  The parties agree that any

9    other prior or contemporaneous representations or understandings not explicitly contained in this

10   written agreement, whether written or oral, are of no further legal or equitable force or effect.

11   Any subsequent modifications to this agreement must be in writing, and must be signed and

12   executed by the parties.

13   /    /    /

14   /    /    /

15   /    /    /

16   /    /    /

17   /    /    /

18   /    /    /

19   /    /    /

20   /    /    /

21   /    /    /

22   /    /    /

23   /    /    /

24   /    /    /

25   /    /    /

26   /    /    /

27   /    /    /

28   /    /    /

10. The undersigned represent that they have reviewed and understand this agreement, and that they are fully authorized to enter into the terms and conditions of this agreement and that they agree to be bound thereby.

DATED: 1/13/07 _____
ALAN BROWN
Plaintiff

DATED: 1/17/07 _____
JEAN BROWN
Plaintiff

DATED: 1/13/07 _____
JAY NORTON
Plaintiff

DATED: 1/13/07 _____
LAW OFFICES OF
BROWN and NORTON

DATED: 1/14/07 _____
WILLIAM T. REID IV
Diamond McCarthy, LLP
Attorneys for Plaintiffs

DATED: 1/19/07 GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
_____
JULIE ZATZ
Assistant United States Attorney
Attorneys for Defendant, United States of America

## ORDER DISMISSING ACTION

IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorneys fees; and

3. The Court retains jurisdiction for one-hundred and twenty (160) days to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed and further litigation is necessary.

_____
UNITED STATES DISTRICT JUDGE