IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 4 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| ALAN BROWN, JEAN BROWN, JAY | § |
| NORTON, and THE LAW OFFICE OF | § |
| BROWN AND NORTON | § |
| | § |
| v. | § NO. SA-03-CA-0792-RF |
| | § |
| UNITED STATES OF AMERICA | § |

### FINAL ORDER OF DISMISSAL

Before the Court is the Stipulation of Compromise submitted by the parties. The Court is of the opinion that the Stipulation should be approved.

It is therefore ORDERED that the Stipulation of Compromise is approved. All claims pending against Defendant are hereby DISMISSED WITH PREJUDICE. The parties shall pay their own costs. Any pending motions are DISMISSED AS MOOT.

SIGNED this 24th day of January, 2006.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE